IN THE UNITED STATES BANKRUPTCY COURT
For the NORTHERN DISTRICT of MISSISSIPPI
ABERDEEN DIVISION

|  |  |
|---|---|
| In re: ) <br> ) <br> Angelia Taylor ) <br> ) <br> ) <br> Debtor(s)  ) | Chapter:    7 <br> Case Number:   23-13705-JDW <br> Assigned to the Honorable: <br><br> REQUEST FOR SPECIAL NOTICE <br> [NO Hearing Required] |

TO THE CLERK:

The undersigned attorneys for:

ACCELERATED INVENTORY MGT, LLC

a creditor of the above referenced debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that ACCELERATED INVENTORY MGT, LLC be given and served with all notices given or required to be given in the case as follows:

ACCELERATED INVENTORY MGT, LLC

Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712
bnc@bass-associates.com

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 12/28/23
Account Number: ******6561

Respectfully submitted,
Bass & Associates, P.C.

By: /s/ Patti H. Bass  (AZ 016849)
Attorneys for Creditor
ACCELERATED INVENTORY MGT, LLC
3936 E Ft Lowell Rd Suite 200
Tucson, AZ  85712-1083

(520) 577-1544

bnc@bass-associates.com